FILED

DEC 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW D. COWEL,<br><br>　　　　　　　Defendant. | No. ~~CR06-00582-Y~~  05-CR-315-OWW<br><br>**ORDER** |

Good cause being shown, the defendant having completed his term of probation, the defendant's passport shall be returned to him forthwith.

Dated: __12-13-07__

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

ORDER EXONERATING SURETY
CR.F. 05-00315 OWW

1